**FILED**
April 3, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>                    Plaintiff,                  )<br>v.                                                        )<br>                                                             )<br>.HENRY STANLEY, JR.,                 )<br>                                                             )<br>                    Defendant.              ) | Case No. 2:13-MJ-00101-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>HENRY STANLEY, JR.</u>, Case No. <u>2:13-MJ-00101-DAD</u>, Charge <u>Title 18 USC § 2252</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __    Release on Personal Recognizance

   ✔    Bail Posted in the Sum of $ <u>25,000 (co-signed)</u>

       ✔    Unsecured Appearance Bond

       __    Appearance Bond with 10% Deposit

       __    Appearance Bond with Surety

       __    Corporate Surety Bail Bond

       ✔    (Other)        <u>with pretrial supervision and conditions of release as</u>

                                   <u>stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>April 3, 2013</u> at   2:55    pm  .

By _____

Dale A. Drozd
United States Magistrate Judge