1   JOSEPH SCHLESINGER, #87692
    Acting Federal Defender
2   MICHAEL PETRIK, Jr. #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        ) No. 13-mj-101 DAD
                                     )
11          Plaintiff,               ) **STIPULATION AND [~~PROPOSED~~] ORDER**
                                     ) **TO CONTINUE PRELIMINARY HEARING**
12      v.                           )
                                     ) Date:  April 24, 2013
13  HENRY STANLEY, Jr.,              ) Time:  2:00 p.m.
                                     ) Judge: Hon. Carolyn K. Delaney
14          Defendant.               )
                                     )
15  _____ )

16      The parties stipulate and request that the Court continue the

17  preliminary hearing scheduled for April 24, 2013, at 2:00 p.m., to May

18  8, 2013, at 2:00 p.m., before the duty magistrate judge.

19      Counsel for Mr. Stanley requires the time to review discovery with

20  him and to conduct investigation.  Counsel also requires the time to

21  discuss a pre-indictment resolution of this case with Mr. Stanley, and

22  to negotiate with the government.

23      The parties agree that the above reasons constitute good cause to

24  extend the time for preliminary hearing under Fed. R. Crim. P. 5.1, and

25  that the Court should extend the time within which the government must

26  file an indictment to May 8, 2013.  The parties stipulate that the ends

27  of justice served by granting Mr. Stanley's request for a continuance

28  Stipulation And ~~Proposed~~ Order          1          13-mj-101 DAD

1  outweigh the best interest of the public and Mr. Stanley in a speedy

2  trial, and that this is an appropriate exclusion of time for defense

3  preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code

4  T4).

5  Dated: April 17, 2013            JOSEPH SCHLESINGER
                                    Acting Federal Defender
6
                                    /s/ M. Petrik
7                                   _____
                                    MICHAEL PETRIK, Jr.
8                                   Assistant Federal Defender

9

10 Dated: April 17, 2013            BENJAMIN B. WAGNER
                                    United States Attorney
11
                                    /s/ M. Petrik for M. Rodriguez
12                                  _____
                                    MICHELLE RODRIGUEZ
13                                  Assistant U.S. Attorney

14                           **O R D E R**

15      Finding good cause, the Court orders the preliminary hearing

16 continued to May 8, 2013, at 2:00 p.m., before the duty magistrate

17 judge; and, time excluded as set forth above for the reasons set forth

18 above.  The Court finds that the ends of justice served by granting Mr.

19 Stanley's request for a continuance outweigh the best interest of the

20 public and Mr. Stanley in a speedy trial.

21      IT IS SO ORDERED.

22 Dated: April 17, 2013

23                                  EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28 Stipulation And ~~Proposed~~ Order            2                 13-mj-101 DAD